505 A.2d 251

**Daniel L. STEVENSON, Admr. of the Estate of Daniel L. Stevenson, Jr., Deceased, and the Estate of Delcita M. Stevenson, Deceased, Virginia A. Stevenson and Valerie Stevenson, a minor by Daniel L. Stevenson, her parent and natural guardian, Petitioners,**

**v.**

**GENERAL MOTORS CORPORATION.**

Supreme Court of Pennsylvania.

Feb. 3, 1986.

Petition for Allowance of Appeal GRANTED, No. 17 E.D. Appeal Docket 1986.